IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY CULP,                    )
                                  )
            Plaintiff,            )
                                  )  Civil No. 04-913-CO
      v.                          )
                                  )  ORDER
JO ANNE B. BARNHART,              )
Commissioner of Social Security)
                                  )
            Defendant.            )
_____ )

Magistrate Judge John P. Cooney filed his Findings and
Recommendation on April 14, 2005. The matter is now before me.
See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No
objections have been timely filed. This relieves me of my
obligation to give the factual findings de novo review. Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d
452, 454 (9th Cir. 1983). Having reviewed the legal principles
de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. The Commissioner's final decision is affirmed and final judgment will be entered pursuant to sentence four of 42 USC § 405(g) dismissing this case with prejudice.

IT IS SO ORDERED.

DATED this ____11th____ day of ____May____, 2005.

_____
UNITED STATES DISTRICT JUDGE